6:20-cv-00348

**EXHIBIT B**

PRELIMINARY CLAIM CHART (Subject to supplementation and amendment based on acquisition of further information)

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| 8. An apparatus comprising: a detection circuit configured to generate a signal having on event condition; and | The accused product utilizes an apparatus comprising: a detection circuit (e.g., a battery monitoring circuit) configured to generate a signal (e.g., voltage or current notification) having on event condition (e.g., if state is high or low).<br><br>As shown below, the Motorola Moto Z3 utilizes a Qualcomm Snapdragon 835 processor. |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | <br><br>https://www.verizon.com/smartphones/moto-z3/#specsHeading |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
|  | Colors — Ceramic Black<br><br>SAR — Head 1.11W/kg Body 1.18 W/kg<br><br>Hearing Aid Compatibility — M3/T4<br><br>Network — 4G LTE (B2, 4, 5, 7,13, 20, 28, 66) CDMA: (BC0, 1) GSM/GPRS/EDGE (B2, 3, 5, 8 MHz)UMTS/HSPA+ (B1, 2, 5, 8 )<br><br>Processor — Octa-core 2.35 GHz , Qualcomm® Snapdragon™ 835<br><br>HD Voice with Video Calling — Y<br><br>**Compare devices**<br><br>**Motorola moto z³ Support**<br><br>Verizon Wireless Support helps you better understand your Verizon mobile device and other Verizon services. Motorola moto z³ Support<br><br>https://www.verizon.com/smartphones/moto-z3/#specsHeading |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
|  | As shown below, the Snapdragon 835 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances for normal values).<br><br><br><br>https://www.qualcomm.com/products/snapdragon-835-mobile-platform |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| |  https://www.qualcomm.com/media/documents/files/snapdragon-835-mobile-platform-product-brief.pdf |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
5006.          qcom,bcl {
5007.              compatible = "qcom,bcl";
5008.              qcom,bcl-enable;
5009.              qcom,bcl-framework-interface;
5010.              qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.              qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.              qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.              qcom,ibat-monitor {
5015.                  qcom,low-threshold-uamp = <0x33e140>;
5016.                  qcom,high-threshold-uamp = <0x401640>;
5017.                  qcom,mitigation-freq-khz = <0x8ca00>;
5018.                  qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                  qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                  qcom,soc-low-threshold = <0xa>;
5021.                  qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
```<br><br>https://pastebin.com/U0i7nP4P |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ``` 564    bcl->btm_vph_adc_param.btm_ctx = bcl; 565    bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification; 566    bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan; ``` **Reports a volatage value** ``` 1381   bcl->btm_ibat_adc_param.btm_ctx = bcl; 1382   bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification; 1383   bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan; ``` **Reports a current value** ``` 536    static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx); 537    static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx); ``` https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c ``` 707    enum qpnp_tm_state { 708         ADC_TM_HIGH_STATE = 0, 709         ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE, 710         ADC_TM_LOW_STATE, 711         ADC_TM_WARM_STATE = ADC_TM_LOW_STATE, 712         ADC_TM_STATE_NUM, 713    }; ``` https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h |
| a storage circuit configured to store said event; | The accused product comprises a storage circuit (e.g., L2 cache) configured to store said event (e.g., if state is high or low). As shown below, the Snapdragon 835 includes an L2 cache that stores voltage variance events. |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3 ("The Accused Instrumentalities") |
|---|---|
| | <br>https://www.androidauthority.com/qualcomm-details-snapdragon-835-735688/ |
| a table configured to store a plurality of event types; and | The accused product comprises a table (e.g., a table containing various thresholds) configured to store a plurality of event types (e.g., if state is high or low).<br><br>As shown in the code below, the Snapdragon 835 utilizes a table that defines various voltage conditions and their corresponding thresholds. |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
5006.          qcom,bcl {
5007.              compatible = "qcom,bcl";
5008.              qcom,bcl-enable;
5009.              qcom,bcl-framework-interface;
5010.              qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.              qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.              qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.              qcom,ibat-monitor {
5015.                  qcom,low-threshold-uamp = <0x33e140>;
5016.                  qcom,high-threshold-uamp = <0x401640>;
5017.                  qcom,mitigation-freq-khz = <0x8ca00>;
5018.                  qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                  qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                  qcom,soc-low-threshold = <0xa>;
5021.                  qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
``` <br> https://pastebin.com/U0i7nP4P |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
5014.              qcom,ibat-monitor {
5015.                      qcom,low-threshold-uamp = <0x33e140>;
5016.                      qcom,high-threshold-uamp = <0x401640>;
5017.                      qcom,mitigation-freq-khz = <0x8ca00>;
5018.                      qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                      qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                      qcom,soc-low-threshold = <0xa>;
5021.                      qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
``` <br> https://pastebin.com/U0i7nP4P |
| a circuit configured to (i) reset when said event condition is a first predetermined type and (ii) implement recover action when said event condition is a second predetermined type, wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table. | The accused product comprises a circuit (e.g., resource power manager circuit) configured to (i) reset (e.g., cpu_down) when said event condition is a first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) and (ii) implement recover action (e.g., cpu_up) when said event condition is a second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD, bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD), wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table (e.g. the comparison of collected values with stored thresholds). |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| |  |

In the right cell:

```
 4   Resource Power Manager (RPM)
 5
 6   RPM is a dedicated hardware engine for managing shared SoC resources,
 7   which includes buses, clocks, power rails, etc.  The goal of RPM is
 8   to achieve the maximum power savings while satisfying the SoC's
 9   operational and performance requirements.  RPM accepts resource
10   requests from multiple RPM masters.  It arbitrates and aggregates the
11   requests, and configures the shared resources.  The RPM masters are
12   the application processor, the modem processor, as well as some
13   hardware accelerators.
```

https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt

https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
213   #ifdef CONFIG_SMP
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216         int ret = 0, _cpu = 0;
217
218         mutex_lock(&bcl_hotplug_mutex);
219         if (cpumask_empty(bcl_cpu_online_mask))
220               bcl_update_online_mask();
221
222         if (bcl_soc_state == BCL_LOW_THRESHOLD
223               || bcl_vph_state == BCL_LOW_THRESHOLD)
224               bcl_hotplug_request = bcl_soc_hotplug_mask;
225         else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226               bcl_hotplug_request = bcl_hotplug_mask;
227         else
228               bcl_hotplug_request = 0;
229
230         for_each_possible_cpu(_cpu) {
231               if ((!(bcl_hotplug_mask & BIT(_cpu))
232                     && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                     || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                     continue;
235
236               if (bcl_hotplug_request & BIT(_cpu)) {
237                     if (!cpu_online(_cpu))
238                           continue;
239                     ret = cpu_down(_cpu);
240                     if (ret)
``` **Event condition is a first predetermined type** — **Reset** https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | <br><br>https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
5014.              qcom,ibat-monitor {
5015.                  qcom,low-threshold-uamp = <0x33e140>;
5016.                  qcom,high-threshold-uamp = <0x401640>;
5017.                  qcom,mitigation-freq-khz = <0x8ca00>;
5018.                  qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                  qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                  qcom,soc-low-threshold = <0xa>;
5021.                  qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
```<br><br>https://pastebin.com/U0i7nP4P<br><br>Threshold Values from the table (dtsi) are imported into the battery_current_limit module thru a record data type (bcl). |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
|  | ```
1519
1520        BCL_FETCH_DT_U32(ibat_node, key, "qcom,low-threshold-uamp", ret,
1521                bcl->ibat_low_thresh.trip_value, ibat_probe_exit);
1522        BCL_FETCH_DT_U32(ibat_node, key, "qcom,high-threshold-uamp", ret,
1523                bcl->ibat_high_thresh.trip_value, ibat_probe_exit);
1524        BCL_FETCH_DT_U32(ibat_node, key, "qcom,mitigation-freq-khz", ret,
1525                bcl->bcl_p_freq_max, ibat_probe_exit);
1526        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-high-threshold-uv", ret,
1527                bcl->vbat_high_thresh.trip_value, ibat_probe_exit);
1528        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-low-threshold-uv", ret,
1529                bcl->vbat_low_thresh.trip_value, ibat_probe_exit);
1530        BCL_FETCH_DT_U32(ibat_node, key, "qcom,soc-low-threshold", ret,
1531                soc_low_threshold, ibat_probe_exit);
```<br><br>The values of the table are now inside the record, bcl. The State of Charge low threshold is saved in a variable soc_low_threshold.<br><br>```
174            /* BCL Peripheral monitor parameters */
175        struct bcl_threshold ibat_high_thresh;
176        struct bcl_threshold ibat_low_thresh;
177        struct bcl_threshold vbat_high_thresh;
178        struct bcl_threshold vbat_low_thresh;
179        uint32_t bcl_p_freq_max;
180    };
```<br><br>**Different possible event types**<br><br>https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | ```
17    #define BCL_NAME_MAX_LEN 20
18
19    enum bcl_trip_type {
20            BCL_HIGH_TRIP,
21            BCL_LOW_TRIP,
22            BCL_TRIP_MAX,
23    };
```<br><br>https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/include/linux/msm_bcl.h<br><br>```
31    struct bcl_threshold {
32            int                     trip_value;
33            enum bcl_trip_type      type;
34            void                    *trip_data;
35            void (*trip_notify)     (enum bcl_trip_type, int, void *);
36    };
``` |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
| | <br>```<br>214   static void __ref bcl_handle_hotplug(struct work_struct *work)<br>215   {<br>216           int ret = 0, _cpu = 0;<br>217<br>218           mutex_lock(&bcl_hotplug_mutex);<br>219           if (cpumask_empty(bcl_cpu_online_mask))<br>220                   bcl_update_online_mask();<br>221<br>222           if (bcl_soc_state == BCL_LOW_THRESHOLD          First event<br>223                   || bcl_vph_state == BCL_LOW_THRESHOLD)<br>224                   bcl_hotplug_request = bcl_soc_hotplug_mask;<br>225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)<br>226                   bcl_hotplug_request = bcl_hotplug_mask;<br>227           else                                           Second event<br>228                   bcl_hotplug_request = 0;<br>229<br>230           for_each_possible_cpu(_cpu) {<br>231                   if ((!(bcl_hotplug_mask & BIT(_cpu))<br>232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))<br>233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))<br>234                           continue;<br>235<br>236                   if (bcl_hotplug_request & BIT(_cpu)) {<br>237                           if (!cpu_online(_cpu))<br>238                                   continue;<br>239                           ret = cpu_down(_cpu);<br>```<br><br>https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c<br><br>The new values of bcl_vph_state and bcl_ibat_state are compared against the threshold values from the table. |

| Pat. 6,819,539 | Verizon's Sale of the Motorola Moto Z3  ("The Accused Instrumentalities") |
|---|---|
|  |  |