# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC** § | |
| § | |
| Plaintiff, § | Case No: 6:20-cv-00348-ADA |
| § | |
| vs. § | PATENT CASE |
| § | |
| **CELLCO PARTNERSHIP D/B/A VERIZON,** § | |
| § | |
| Defendant. § | |

## JOINT MOTION TO CONTINUE ALL DEADLINES

Now comes Plaintiff, Pearl IP Licensing, LLC, and Defendant Cellco Partnership d/b/a Verizon by and through undersigned counsel, and hereby requests the Court continue all deadlines in this case for an additional twenty-one (21) days to November 5, 2020, or such other later date as is convenient for the Court. For cause, the parties are in discussions to resolve the case, and seek an extension of any activities in the case pending those discussions to avoid any unnecessary expenditures of the parties' resources.

The parties stipulate, subject to the Court's agreement, that all normally-scheduled dates will be extended for the 21-day period to avoid prejudicing any party's rights.

This Motion is not made for purpose of delay.

Dated: October 15, 2020            Respectfully submitted,

/s/George Pazuniak
George Pazuniak (PHV)
O'Kelly & Ernst LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19803
302-478-4230
gp@del-iplaw.com

Jay Johnson
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

Attorneys for Plaintiff


/s/  Geoffrey M. Godfrey
Geoffrey M. Godfrey
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7043
godfrey.geoff@dorsey.com

Attorney For Defendant