# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC** § § | |
| Plaintiff, § § | Case No: 6:20-cv-00348-ADA |
| vs. § § | |
| **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,** § § § | |
| Defendant. § § | |

## STIPULATION OF DISMISSAL

Now comes Plaintiff, Pearl IP Licensing, LLC, and Defendant Cellco Partnership d/b/a Verizon Wireless by and through undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and hereby submit the following Stipulation of Dismissal whereby Plaintiff agrees to dismiss its claims in this action without prejudice, and Defendant agrees to dismiss its counterclaims in this action without prejudice, with each party to bear its own fees and costs.

NOW THEREFORE, it is hereby stipulated by the Parties, subject to the approval of the Court, that:

1. Plaintiff hereby dismisses this action without prejudice;

2. Defendant hereby dismisses its counterclaims in this action without prejudice;

3. The Parties agree that none of the Parties will seek to have this Stipulation of Dismissal submitted or used in any manner in any other proceeding between the Parties; and

4. The Parties agree to bear their own respective costs and expenses in this action.

Dated:  November 6, 2020

Respectfully submitted,

*/s/George Pazuniak*
George Pazuniak (PHV)
O'Kelly & Ernst LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19803
302-478-4230
gp@del-iplaw.com

Jay Johnson
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

Attorneys for Plaintiff


*/s/  Geoffrey M. Godfrey*
Geoffrey M. Godfrey
WA SBA# 46876
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 299-3849
godfrey.geoff@dorsey.com

Attorneys For Defendant